IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BENJAMIN GENE SANDCRANE, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on July 12, 2017.  Neither party objected and

therefore they are not entitled to *de novo* review of the record.  28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Benjamin Gene Sandcrane's

guilty plea after Sandcrane appeared before him pursuant to Federal Rule of

Criminal Procedure 11, and entered a plea of guilty to the charge of felon in

1

possession of a firearm in violation of 18 U.S.C. § 922(g)(1), as set forth in the Indictment.  Defendant further agrees to the forfeiture allegation in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 27), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Benjamin Gene Sandcrane's motion to change plea (Doc. 16) is GRANTED and Benjamin Gene Sandcrane is adjudged guilty as charged in the Indictment.

DATED this 27th day of July, 2017.

Dana L. Christensen, Chief District Judge
United States District Court